IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNEARTH INC., et al.,                    No. C 11-04991 CW

    Plaintiffs,                        ORDER OF REFERENCE TO MAGISTRATE JUDGE

  v.

SUN EARTH SOLAR POWER CO., LTD., et al.,

    Defendants.
_____/

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the emergency motion to shorten time to hear a motion to authorize expedited discovery and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 12/12/2011

                         CLAUDIA WILKEN
                         United States District Judge

cc:  MagRef; Assigned M/J w/mo.