1  Stephen B. Mosier (AZ Bar #024847) (pro hac vice)
2  Norman P. Soloway (MA Bar #24,315) (pro hac vice)
   Clark E. Proffitt (AZ Bar #026343) (pro hac vice)
3  HAYES SOLOWAY P.C.
   4640 E. Sunrise Drive
4  Tucson, Arizona 85718
   Telephone: 520-882-7623
5  Facsimile: 520-882-7643
   Email: smosier@hayes-soloway.com
6
7  Daniel N. Ballard (CA Bar #219223)
   SEQUOIA COUNSEL PC
8  770 L St., Suite 950
   Sacramento, California 95608
9  Telephone: 916-607-3904
   Facsimile: 916-200-0601
10 Email: dballard@sequoiacounsel.com
11 Attorneys for Plaintiffs SunEarth Inc. and The Solaray Corporation
12 James J. Foster (Mass. State Bar # 553285)
   WOLF, GREENFIELD & SACKS, P.C.
13 600 Atlantic Avenue
   Boston, MA  02210-2206
14 Telephone:  617-646-8000
   Facsimile:   617-646-8646
15 E-mail:     jfoster@wolfgreenfield.com
16 Attorneys for Defendants
   Sun Earth Solar Power Co., Ltd. and NBSolar USA Inc.
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                      OAKLAND DIVISION

21
   SUNEARTH, INC., THE SOLARAY          Case No. 11-cv-04991 CW
22 CORPORATION,

23              Plaintiffs,
                                        **STIPULATION AND [PROPOSED]**
24      vs.                             **ORDER REGARDING EXTENSIONS OF**
                                        **TIME TO FILE BRIEFS IN RESPONSE**
25 SUN EARTH SOLAR POWER CO., LTD.,     **TO PLAINTIFFS' MOTION FOR**
   NBSOLAR USA INC., DOES 1 – 10,       **PRELIMINARY INJUNCTION**
26
              Defendants.
27

28

By their attorneys and pursuant to Local Rules 6-2 and 7-12, the parties stipulate to the following extensions of time for their filing of Opposition and Reply briefs in response to Plaintiffs' pending Motion for Preliminary Injunction:

1.  Defendants shall file their Opposition Brief and any supporting papers on or before December 21, 2011, by not later than 12:30 pm PST; and

2.  Plaintiffs shall file their Reply Brief and any supporting papers on or before January 5, 2012, by not later than 12:30 pm PST.

The parties respectfully request that this Stipulation be entered as an Order of the Court. This request is supported by the accompanying Declaration of James J. Foster.


Dated: December 14, 2011                    WOLF, GREENFIELD & SACKS, P.C.


                                  By:    /s/ James J. Foster
                                         James J. Foster, Esq.
                                         Attorney for Defendants
                                         Sun Earth Solar Power Co., Ltd. and
                                         NBSolar USA Inc.


Dated: December 14, 2011                    HAYES SOLOWAY P.C.


                                  By:    /s/ Stephen B. Mosier
                                         Stephen B. Mosier, Esq.
                                         Attorney for Plaintiffs
                                         SunEarth, Inc. and The Solaray Corporation


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____12/15/2011_____          Claudia Wilken
                                         United States District Court Judge