Stephen B. Mosier (AZ Bar #024847) (pro hac vice)
Norman P. Soloway (MA Bar #24,315) (pro hac vice)
Clark E. Proffitt (AZ Bar #026343) (pro hac vice)
HAYES SOLOWAY P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Telephone: 520-882-7623
Facsimile: 520-882-7643
Email: smosier@hayes-soloway.com

Daniel N. Ballard (CA Bar #219223)
SEQUOIA COUNSEL PC
770 L St., Suite 950
Sacramento, California 95608
Telephone: 916-607-3904
Facsimile: 916-200-0601
Email: dballard@sequoiacounsel.com
Attorneys for Plaintiffs SunEarth Inc. and The Solaray Corporation

James J. Foster (Mass. State Bar # 553285)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: 617-646-8000
Facsimile: 617-646-8646
E-mail:    jfoster@wolfgreenfield.com
Attorneys for Defendants
Sun Earth Solar Power Co., Ltd. and NBSolar USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNEARTH, INC., THE SOLARAY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD., NBSOLAR USA INC., DOES 1 – 10,<br><br>Defendants. | Case No. 11-cv-04991 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSIONS OF TIME TO FILE BRIEFS IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Case No. 11-cv-04991 CW
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME

By their attorneys and pursuant to Local Rules 6-2 and 7-12, the parties stipulate to the following extensions of time for their filing of Opposition and Reply briefs in response to Plaintiffs' forthcoming Motion for Summary Judgment:

1. Plaintiffs shall file their Opening Brief and any supporting papers on or before August 2, 2012;
2. Defendants shall file their Opposition Brief and any supporting papers on or before August 16, 2012; and
3. Plaintiffs shall file their Reply Brief and any supporting papers on or before August 23, 2012.

The parties respectfully request that this Stipulation be entered as an Order of the Court. This request is supported by the accompanying Declaration of James J. Foster.

Dated: July 23, 2012                    WOLF, GREENFIELD & SACKS, P.C.

                                        By:   /s/ James J. Foster
                                              James J. Foster, Esq.
                                              Attorney for Defendants
                                              Sun Earth Solar Power Co., Ltd. and
                                              NBSolar USA Inc.

Dated: July 23, 2012                    HAYES SOLOWAY P.C.

                                        By:   /s/ Stephen B. Mosier
                                              Stephen B. Mosier, Esq.
                                              Attorney for Plaintiffs
                                              SunEarth, Inc. and The Solaray Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/25/2012                        _____
                                        Claudia Wilken
                                        United States District Court Judge

Case No. 11-cv-04991 CW                                                         1
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME