IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNEARTH, INC.; and THE SOLARAY CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUN EARTH SOLAR POWER CO., LTD.; NBSOLAR USA, INC.; and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C 11-4991 CW<br><br>PERMANENT INJUNCTION |

The Court hereby vacates its Modified Preliminary Injunction issued on March 13, 2012 and issues a permanent injunction, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants and their officers, agents, servants, affiliates, employees, and attorneys, and all those acting in concert or participation with any of them who receive actual notice of this Order, are HEREBY PERMANENTLY ENJOINED:

1. From using or continuing to use the words "SUN EARTH" (with or without a space or capitalization or hyphen or any other punctuation), either alone or in conjunction with any other words or symbols, or any phonetically or visually similar words or symbols in any combination (hereinafter, the term "SUN EARTH" will be used to refer to the words "SUN EARTH" together with these modifiers), as a trademark, service mark or trade name or otherwise as a source of origin or identification of Defendants' goods or services within the United States, its territories or possessions (the "Territory"), provided that:

     A.    For goods branded as NBSolar rather than Sun Earth, Defendants shall be permitted to identify SESP as the manufacturer, importer or seller of the goods to the minimum extent necessary as required by law or ordinary business customs to operate within the United States under the NBSolar name; and

     B.    For equipment purchased by Defendants from sellers within the United States for export to SESP in China, Defendants shall be permitted to identify SESP as the buyer of the equipment, to the minimum extent necessary as required by law or ordinary business customs.

     C.    Under subsections A and B above, wherever possible, Defendants shall identify themselves as NBSolar and/or an acronym, such as SESP, that avoids the use of the term "SUN EARTH." Where Defendants do use the term "SUN EARTH" under the terms of these subsections, Defendants shall not display the term "SUN EARTH" in a distinctive manner of presentation that makes it stand out in any way from other words on the relevant document and shall not use the "Sun Earth" logo.

2. From using or continuing to use the term "SUN EARTH" in, or in connection with, any marketing or advertising or any other promotional materials viewable within the Territory.

3. From using or continuing to use the term "SUN EARTH" as an keyword or other triggering mechanism to generate any internet advertising viewable within the Territory.

4. From using the term "SUN EARTH" as a keyword metatag on the nbsolar.com domain.

2

5.    From importing into the Territory any goods upon which the term "SUN EARTH" appears or is shown on the packaging for such goods.

6.    From importing into the Territory any goods upon which the term "SUN EARTH" appears or is shown on the product literature for such goods, subject to the exceptions in Section 1(A)-(C) above.

7.    Within fourteen (14) days of this order, Defendants shall transfer the domain name sun-earth.us to Plaintiffs.

8.    Nothing in this Order shall preclude Defendants from registering a domain name with any country code top level domain [such as .cn (for China) or .de (for Germany)], except for the .us country code top level domain, which contains the term "SUN EARTH," or from publishing one or more websites at any of those country code top level domains, provided that any such webpage is in full compliance with the terms of this Injunction for any users who view the webpage from within the Territory.

9.    Defendants shall take reasonable measures to ensure that visitors from within the United States who visit Sun-Earth.com, SunEarthPower.com, SunEarthPower.net or any other website that Defendants maintain with the term "SUN EARTH" in the address are presented with a webpage that: (1) allows them to choose to continue to either the nbsolar.com home webpage or the sunearthinc.com home webpage; and (2) contains language clarifying that the companies associated with those webpages are not affiliated with one another;

10.   For a period of one year from the effective date of this Order, Defendants shall display on the nbsolar.com home webpage the following explanation or a similar variation thereof: "NBSolar

3

USA, Inc., is a distributor within the United States of products carrying the NBSolar brand, manufactured by Sun Earth Solar Power Co., Ltd., of Ningbo, China.  Outside of the United States, Sun Earth Solar Power Co., Ltd. sells products under the brand Sun-Earth.  All sales in the United States, however, use only the NBSolar brand."

11. Nothing in this Order shall preclude Defendants from explaining within the Territory, including at trade shows and conferences, their affiliation with their Sun-Earth name and mark as used outside of the United States in the following manners:

    A. By explaining orally their affiliation with the Sun Earth name and mark that they use outside of the United States; or

    B. For a period of ninety (90) days from the effective date of this Order, by displaying at trade shows and conferences where the NBSolar logo is displayed, one stand-alone sign on their trade show booth, the sign being no larger than 12 inches x 12 inches in black and white font not larger than 20 point typeface, the following explanation, or a similar variation thereof: "NBSolar USA, Inc., is a distributor within the United States of products carrying the NBSolar brand, manufactured by Sun Earth Solar Power Co., Ltd., of Ningbo, China.  Outside of the United States, Sun Earth Solar Power Co., Ltd. sells products under the brand Sun-Earth.  All sales in the United States, however, use only the NBSolar brand."  Defendants shall not depict the words "Sun Earth" in a distinctive or prominent manner of presentation that makes the words stand out in any way from other words or symbols in that sentence or on that sign.  Defendants shall not display their Sun-Earth logo on that sign.

4

12. Defendants shall file with the Court and serve on Plaintiffs, within thirty-five (35) days after the effective date of this Permanent Injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied.

13. Defendants shall not authorize, direct or purport to authorize anyone else to take actions that would constitute a violation of the terms of this Injunction had Defendants taken those actions themselves.

IT IS SO ORDERED.

Dated: 8/23/2013

CLAUDIA WILKEN
United States District Judge