Stephen B. Mosier (AZ Bar #024847) (pro hac vice)
Norman P. Soloway (MA Bar #24,315) (pro hac vice)
Clark E. Proffitt (AZ Bar #026343) (pro hac vice)
HAYES SOLOWAY P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Telephone: 520-882-7623
Email: smosier@hayes-soloway.com

Daniel N. Ballard (CA Bar #219223)
SEQUOIA COUNSEL PC
770 L St., Suite 950
Sacramento, California 95608
Telephone: 916-607-3904
Email: dballard@sequoiacounsel.com
Attorneys for Plaintiffs SunEarth, Inc. and The Solaray Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNEARTH, INC., and THE SOLARAY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD., NBSOLAR USA INC., and DOES 1 – 10,<br><br>Defendants. | Case No. 11-cv-04991 CW<br><br>**STIPULATED ADMINISTRATIVE MOTION FOR EXONERATION OF BOND AND ORDER TO DISBURSE REGISTRY FUNDS** |

Plaintiffs, SunEarth, Inc. and The Solaray Company (hereinafter "Plaintiffs"), through their counsel, Hayes Soloway, respectfully move this Court for the entry of an order (1) to exonerate the cash bond in the amount of $5,000.00 posted for and on behalf of Plaintiffs on February 17, 2012 in support of the preliminary injunction entered on February 2, 2012, as modified on March 13, 2012 ; and (2) directing the Clerk of the Court promptly to disburse registry funds in said amount of $5,000.00 to Plaintiffs, as a permanent injunction has now been

1

entered and the necessity for the bond has passed. The Defendants have stipulated to entry of the Order attached hereto, granting this motion.

Respectfully submitted,

Dated: October 2, 2013          HAYES SOLOWAY PC

By:   /s/     Stephen B. Mosier
Stephen B. Mosier, Esq.
Norman P. Soloway, Esq.
Clark E. Proffitt, Esq.
Attorney for Plaintiffs
SunEarth Inc. and The Solaray Corporation

SO STIPULATED:          By:   /s/ James Foster
James Foster, Esq.
Attorney for Defendants
Sun Earth Solar Power Co., Ltd and
NBSolar USA Inc.

## CERTIFICATE OF SERVICE

Pursuant to Civil L.R. 5-5 and 5-6, I certify that on October 2, 2013, I caused service of the following document: **STIPULATED ADMINISTRATIVE MOTION FOR EXONERATION OF BOND AND ORDER TO DISBURSE REGISTRY FUNDS** to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record who have filed a Notice of Consent to Electronic Service in this action.

COPIES of the foregoing were emailed this 2nd day of October, 2013 to:

James J. Foster, Esq.
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
jfoster@wolfgreenfield.com


 /s/ Traci Lopez

2

Case No. 11-cv-04991 CW

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

          /s/ Stephen B. Mosier
          Stephen B. Mosier