Stephen B. Mosier, Esq. (AZ Bar #024847) (pro hac vice)
Norman P. Soloway, Esq. (MA Bar #24,315) (pro hac vice)
Clark E. Proffitt, Esq. (AZ Bar #026343) (pro hac vice)
HAYES SOLOWAY P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Tele: 520.882.7623
Fax:  520.882.7643
smosier@hayes-soloway.com

Daniel N, Ballard, Esq. (CA Bar #219223)
Sequoia Counsel PC
770 L St., Suite 950
Sacramento, California 95608
Phone: 916.607.3904
Fax:    916.200.0601
dballard@sequoiacounsel.com

Attorneys for Plaintiffs The Solaray Corporation and Sunearth Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNEARTH INC., a California corporation, and THE SOLARAY CORPORATION, a Hawaiian corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.), a Chinese limited liability company, NBSOLAR USA INC., a California corporation, and DOES 1-10,<br><br>　　　　Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION FOR EXONERATION OF BOND AND ORDER TO DISBURSE REGISTRY FUNDS** |

　　　This matter came before the Court on the "Stipulated Administrative Motion for Exoneration of Bond and Order to Disburse Registry Funds." IT IS HEREBY ORDERED that:

(a) the bond previously posted by the Plaintiffs on February 17, 2012, in the sum of $5,000.00, to secure the payment of any costs or damages that might have been incurred or suffered by the

– 1 –

1  Defendants if the preliminary injunction in this case were held to have been wrongful, is hereby
2  exonerated and discharged; (b) the Clerk of the Court shall promptly disburse registry funds in
3  the said amount of $5,000.00 to Plaintiffs; and (c) Plaintiffs and the sureties on this bond are
4  excused from any and all liability in connection with this bond.

7  DATED: _____
   Claudia Wilken
8  United States District Court Judge