Stephen B. Mosier, Esq. (AZ Bar #024847) (pro hac vice)
Norman P. Soloway, Esq. (MA Bar #24,315) (pro hac vice)
Clark E. Proffitt, Esq. (AZ Bar #026343) (pro hac vice)
HAYES SOLOWAY P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Tele: 520.882.7623
Fax: 520.882.7643
smosier@hayes-soloway.com

Daniel N, Ballard, Esq. (CA Bar #219223)
Sequoia Counsel PC
770 L St., Suite 950
Sacramento, California 95608
Phone: 916.607.3904
Fax: 916.200.0601
dballard@sequoiacounsel.com

Attorneys for Plaintiffs The Solaray Corporation and Sunearth Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNEARTH INC., a California corporation, and THE SOLARAY CORPORATION, a Hawaiian corporation,<br><br>Plaintiffs,<br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.), a Chinese limited liability company, NBSOLAR USA INC., a California corporation, and DOES 1-10,<br><br>Defendants. | **[PROPOSED]** ORDER GRANTING **STIPULATED ADMINISTRATIVE MOTION FOR EXONERATION OF BOND AND ORDER TO DISBURSE REGISTRY FUNDS** |

This matter came before the Court on the "Stipulated Administrative Motion for Exoneration of Bond and Order to Disburse Registry Funds." IT IS HEREBY ORDERED that:

(a) the bond previously posted by the Plaintiffs on February 17, 2012, in the sum of $5,000.00, to secure the payment of any costs or damages that might have been incurred or suffered by the

Defendants if the preliminary injunction in this case were held to have been wrongful, is hereby exonerated and discharged; (b) the Clerk of the Court shall promptly disburse registry funds in the said amount of $5,000.00 to Plaintiffs; and (c) Plaintiffs and the sureties on this bond are excused from any and all liability in connection with this bond.

DATED: 10/8/2013

Claudia Wilken
United States District Court Judge