IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNEARTH, INC.; and THE SOLARAY CORPORATION,<br><br>      Plaintiffs,<br><br> v.<br><br>SUN EARTH SOLAR POWER CO., LTD.; NBSOLAR USA, INC.; and DOES 1-10,<br><br>      Defendants.<br>_____/ | No. C 11-4991 CW<br><br>ORDER AMENDING FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER RESOLVING MOTION FOR PARTIAL SUMMARY ADJUDICATION |

On August 23, 2013, the Court issued findings of fact and conclusions of law and an order resolving a motion for partial summary adjudication. Docket No. 163. The Court hereby deems all references in its order to the domain name "sun-earth.us" to be a reference to "sunearth.us."

IT IS SO ORDERED.

Dated: 11/22/2013

CLAUDIA WILKEN
United States District Judge