IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNEARTH, INC.; and THE SOLARAY CORPORATION,

    Plaintiffs,

  v.

SUN EARTH SOLAR POWER CO., LTD.; NBSOLAR USA, INC.; and DOES 1-10,

    Defendants.

No. C 11-4991 CW

AMENDED JUDGMENT

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law,

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of Plaintiffs SunEarth, Inc. and The Solaray Corporation on their claims for (1) trademark and trade name infringement under the Lanham Ace, 15 U.S.C. §§ 1125(a), et seq., California law, Cal. Bus. & Prof. C. §§ 14415 and 14402, and common law and (2) cybersquatting under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), as to the sunearth.us domain only, and

That the United States Patent and Trademark Office cancel Defendants' Trademark Registration No. 3,886,941, and

That Defendants' counterclaims against Plaintiffs are dismissed with prejudice.

The Court shall separately enter a Permanent Injunction.

/

/

/

1  Plaintiffs shall recover their costs from Defendants.
2  IT IS SO ORDERED.
3
4  Dated: 11/22/2013 
   CLAUDIA WILKEN
5  United States District Judge