James J. Foster (Mass. State Bar #553285)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: 617-646-8000
Facsimile: 617-646-8646
Email: jfoster@wolfgreenfield.com

Attorney for Defendants

Sun Earth Solar Power Co., Ltd. and NBSolar USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNEARTH, INC., THE SOLARAY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD., NBSOLAR USA INC., ET AL.,<br><br>Defendants. | Case No.: 11-cv-04991 CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES |

Having considered the Application for Attorneys' Fees and Expenses incurred in connection with Plaintiffs' second motion for contempt, and attachments thereto, submitted by Plaintiffs SunEarth, Inc. and The Solaray Corporation in accordance with this Court's Order of August 23, 2013 (Doc. 162), and Defendants' Response reporting the parties' stipulation, the Court finds that Plaintiffs are entitled to $33,000 in reasonable attorneys' fees and expenses.

Accordingly,

IT IS ORDERED that Plaintiffs' Application for Attorneys' Fees and Expenses is GRANTED.  The Court awards Plaintiffs a total of $33,000 in attorneys' fees and expenses.

DATED: 11/25/2013

_____
Claudia Wilken
United States District Court Judge